UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHILLES CORELLEONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COVINA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. CV 12-1335-GW(PJW)<br><br>ORDER ACCEPTING AMENDED FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Amended Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and conclusions of the magistrate judge.

　　　DATED:　　<u>March 12, 2014</u>.

　　　　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA12CV01335GW-O.wpd