UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHILLES CORELLEONE, | Case No. CV 12-1335-GW(PJW) |
| Plaintiff, | J U D G M E N T |
| v. | |
| COVINA POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Amended Final Report and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>March 12, 2014</u>.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA12CV01335GW-J.wpd